1052

[No. 28647-1-I.   Division One.   February 1, 1993.]

LYNDELL CORPORATION, ET AL, *Respondents*, v. WALLACE
DRAYTON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 87-2-21859-7, Lloyd W. Bever, J., entered May
13, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 27418-0-I.   Division One.   February 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BELINDA J.
BRADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03720-3, Jim Bates, J., entered December
5, 1990. *Dismissed* by unpublished per curiam opinion.

[Nos. 25823-1-I; 30418-6-I.   Division One.   February 1, 1993.]

*In the Matter of the Marriage of* JAMES A. FRANCISCO,
*Appellant, and* CAROL J. FRANCISCO,
*Respondent.*

Appeals from judgments of the Superior Court for King
County, No. 88-3-04565-1, Wendy Gilbart, J. Pro Tem.,
entered February 23, 1990. *Reversed* by unpublished per
curiam opinion.

[No. 14207-4-II.   Division Two.   February 2, 1993.]

*In the Matter of the Marriage of* INGER MCCARTY,
*Respondent, and* CHARLES M.
MCCARTY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88-3-00692-5, Terence Hanley, J., entered July 18,
1990. *Affirmed* by unpublished opinion per Petrich, J., con-
curred in by Seinfeld, A.C.J., and Morgan, J.